No. 81–746. CITY OF AKRON v. AKRON CENTER FOR REPRODUCTIVE HEALTH, INC., ET AL.; and
No. 81–1172. AKRON CENTER FOR REPRODUCTIVE HEALTH, INC., ET AL. v. CITY OF AKRON ET AL. C. A. 6th Cir. [Certiorari granted, 456 U. S. 988.] Motion of The Board of Church and Society of the United Methodist Church

et al. for leave to join the brief, *amicus curiae*, of Certain Religious Organizations denied.